# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2023-0353**

City of Huntsville v. Curtis E. Tanner (Appeal from Madison Circuit Court: CC-23-464)

## **NOTICE**

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk